834 A.2d 546

**Brian FURMAN, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION PAROLE, and Mike Fisher, Attorney General of PA, Appellees.**

Supreme Court of Pennsylvania.

Oct. 23, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of October, 2003, probable jurisdiction is noted. The order appealed is affirmed.